## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **ARITHA STANLEY-ADAMS,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| **vs.** ) | **CIVIL NO. 05-785-GPM** |
| ) | |
| **MISSIONARY ASSOCIATION OF** ) | |
| **MARY IMMACULATE, the OBLATE** ) | |
| **SERVICE CORPORATION, and the** ) | |
| **NATIONAL SHRINE OF OUR LADY** ) | |
| **OF THE SNOWS,** ) | |
| ) | |
| **Defendants.** ) | |

# ORDER OF DISMISSAL

**MURPHY, Chief District Judge:**

The Court having been advised by counsel for the parties that the above action has been settled;

**IT IS ORDERED** that this action is hereby dismissed with prejudice, without costs, and with the right, upon good cause shown within sixty (60) days, to reopen the action if settlement is not consummated.

**IT IS FURTHER ORDERED** that the Clerk of Court serve copies of this Order upon the attorneys of record for the parties appearing in this cause.

**IT IS SO ORDERED.**

DATED: 4/28/2006

s/ G. Patrick Murphy
G. PATRICK MURPHY
Chief United States District Judge