IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **ARITHA STANLEY-ADAMS,** | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | )   Case No.  05-785-GPM |
| | ) |
| **MISSIONARY ASSOCIATION OF** | ) |
| **MARY IMMACULATE, OBLATE** | ) |
| **SERVICE CORPORATION, and** | ) |
| **NATIONAL SHRINE OF OUR LADY** | ) |
| **OF THE SNOWS,** | ) |
| | ) |
| Defendants. | ) |

## JUDGMENT

**DECISION BY THE COURT:**

The Court having been advised by counsel for Plaintiff, **ARITHA STANLEY-ADAMS,** and Defendants, **MISSIONARY ASSOCIATION OF MARY IMMACULATE, OBLATE SERVICE CORPORATION, and NATIONAL SHRINE OF OUR LADY OF THE SNOWS,** that this action has been settled in its entirety,

**IT IS ORDERED AND ADJUDGED** that, as all matters have been settled between the parties, this action is **DISMISSED with prejudice** pursuant to Order filed April 28, 2006, and Stipulation for Dismissal filed May 16, 2006, each party to bear their own costs.

Dated:  May 16, 2006

NORBERT G. JAWORKSI, Clerk of Court


By:   s/ Linda M. Cook
         Deputy Clerk


Approved by:


 s/ G. Patrick Murphy
**G. PATRICK MURPHY**
**CHIEF, UNITED STATES DISTRICT JUDGE**